**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Crispin Leon–LOPEZ, Defendant–Appellant.**

**No. 12–4001.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 22, 2013.

Filed: April 1, 2013.

Daniel C. Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Crispin Leon–Lopez, Youngstown, OH, pro se.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, for Defendant–Appellant.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Crispin Leon–Lopez directly appeals after he pled guilty to an illegal-reentry offense and the district court[1] imposed a within-Guidelines-range sentence. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the prison term imposed by the district court is unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Leon–Lopez. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (review of sentences for abuse of discretion includes (1) ensuring no significant procedural error occurred; and (2) considering substantive reasonableness of sentence under totality of circumstances; where sentence falls within Guidelines range, appeals court may, but is not required to, apply presumption of reasonableness). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw, subject to counsel informing Leon–Lopez about procedures for seeking rehearing or filing a petition for certiorari.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.